UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DROYCE LANG** | **CIVIL ACTION NO.**      2:17-CV-1985 |
| *Plaintiff,* | **JUDGE**      JAY C. ZAINEY |
| VERSUS | |
| **HARVEY GULF INTERNATIONAL MARINE, LLC** | **MAGISTRATE**      DANIEL E. KNOWLES, III |
| *Defendant.* | |

### JOINT MOTION TO APPROVE SETTLEMENT AND FOR DISMISSAL

**NOW INTO COURT**, through undersigned counsel, come Plaintiff, Droyce Lang ("Plaintiff"), as well as opt-in Plaintiffs, Jonathan Martinez and Ben Muller, and Defendant, Harvey Gulf International Marine, LLC ("HGIM") (together referred to as the "Parties"), and hereby represent to the Court that they have resolved the claims in this matter in their entirety contingent on Court approval, and respectfully request that the Court approve the Confidential Settlement Agreement and attachments thereto under the Fair Labor Standards Act, which are being submitted to the Court for *in camera* inspection. The Parties also request that the Court approve the amount allocated to Plaintiffs' attorneys' fees and costs.

The Parties also request that the Court dismiss this lawsuit, each party to bear its own fees and costs except as provided in the Confidential Settlement Agreement, without prejudice to the rights of the Parties to move for summary judgment seeking to enforce the settlement if not consummated. The Parties also request that the Court retain jurisdiction over the Parties and their Confidential Settlement Agreement for purposes of enforcing such agreements should any

controversy arise about the terms of the agreements or any party's performance of its obligations thereunder.

Finally, the Parties request that, upon the Court's receipt of a joint motion to dismiss to be filed by the Parties no later than 14 days after the disbursement of the payments specified in the Confidential Settlement Agreement, the Court enter a final order dismissing with prejudice the claims of Plaintiffs in this Lawsuit according to the terms of the Confidential Settlement Agreement, each party to bear its own fees and costs except as provided in the Confidential Settlement Agreement.

**WHEREFORE**, the Parties respectfully request that this Court grant this joint motion, approving the Confidential Settlement Agreement and dismissing the claims of Plaintiffs with prejudice as prayed for herein and set forth in the accompanying proposed Order.

Dated this 12th day of July, 2017.

Respectfully submitted,

| | |
|---|---|
| */s/ Anthony J. Lazzaro* | */s/ Jennifer F. Kogos* |
| Anthony J. Lazzaro (0077962) | Jennifer F. Kogos (La. Bar No. 25668) |
| *Admitted Pro Hac Vice* | Mary Margaret Spell (La. Bar No. 32704) |
| Chastity L. Christy (0076977) | Jones Walker LLP |
| *Admitted Pro Hac Vice* | 201 St. Charles Avenue - 47th Floor |
| The Lazzaro Law Firm, LLC | New Orleans, Louisiana  70170-5100 |
| 920 Rockefeller Building | Telephone:     (504) 582-8154 |
| 614 W. Superior Avenue |                         (504) 582-8262 |
| Cleveland, OH  44113 | Facsimile:      (504) 589-8154 |
| Phone: (216) 696-5000 |                         (504) 589-8262 |
| Facsimile: (216) 696-7005 | Email:             jkogos@joneswalker.com |
| anthony@lazzarolawfirm.com |                         mspell@joneswalker.com |
| chastity@lazzarolawfirm.com | |
| *Attorneys for Plaintiff* | *Attorneys for Harvey Gulf International Marine, LLC* |

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2017, a copy of the foregoing was filed electronically using the Court's CM/ECF system and served in accordance with the Federal Rules of Civil Procedure. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.

*/s/ Jennifer F. Kogos*
Jennifer F. Kogos